UNITED STATES DISTRICT COURT CIVIL DIVISION
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DESTINATION DESIGNS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3-08-CV-197 |
| ) | |
| NATHAN GLICK and INFINITY BLU ) | |
| DEVELOPMENT GROUP, LLC., ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

The defendants, Nathan Glick and Infinity Blu Development Group, LLC., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendants are indebted to plaintiff in the principal sum of $188,500.00 plus interest thereon; that defendants have been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, Destination Designs, LLC, recover of the defendants Nathan Glick and Infinity Blue Development Group, LLC., the sum of $188,500.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

PATRICIA L. MCNUTT, CLERK

By   s/ A. Brush
Deputy Clerk